UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- x

QUAYSHAUN CANADY,

                                    Plaintiff,

              -against-

THE CITY OF NEW YORK, POLICE OFFICER YURIY
AKOPOV, tax # 944308, POLICE OFFICER PATRICK
TERLONGE, shield # 30090, POLICE OFFICER
WAYNE NGOR, shield # 12473,

                                    Defendants.
---------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

13 CV 3011 (ENV)(SMG)

      **WHEREAS,** plaintiff and defendants City of New York and Yuriy Akopov have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that:

      1. The above-referenced action is hereby dismissed with prejudice; and

[THE REST OF THIS PAGE HAS BEEN INTENTIONALLY LEFT BLANK]

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
       **January 13**, 2014

Richard Cardinale, Esq.
*Attorney for Plaintiff*
26 Court Street, Suite 1815
Brooklyn, NY 11242
(718) 624-9391

By: _____ 1/8/14
    Richard Cardinale, Esq.

JEFFREY D. FRIEDLANDER
Acting Corporation Counsel of the
City of New York
*Attorney for Defendants City of New York
and Police Officer Yuriy Akopov*
100 Church Street
New York, New York 10007
(212) 356-2370

By: _____
    James F. Desmond, Jr.
    *Assistant Corporation Counsel*

SO ORDERED:

_____
HON. ERIC N. VITALIANO
UNITED STATES DISTRICT JUDGE